## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| TERASA RENE FILSOOF,<br><br>     Plaintiff,<br><br>  v.<br><br>WHEELOCK STREET CAPITAL, LLC and WS CE RESORT OWNER, LLC,<br><br>    Defendants. | CASE NO.: 2:24-cv-00012-RWS |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Terasa Rene Filsoof ("Plaintiff") and Defendants Wheelock Street Capital, LLC and WS CE Resort Owner, LLC, ("Defendants") (collectively, the "Parties"), by and through the undersigned counsel respectfully move the Court for a dismissal with prejudice and without costs to any party. The Parties authorize and direct the Clerk to mark this civil action as "SETTLED, SATISFIED AND DISMISSED WITH PREJUDICE" on the record of the Court.

Respectfully submitted this 27th day of November 2024.

*[Signatures on following page.]*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

3348 Peachtree Rd. NE
Suite 1400
Atlanta, GA 30326
Telephone: (470) 419-6650
Facsimile: (470) 419-6651
michael.manfredi@wilsonelser.com
Futhum.tewolde@wilsonelser.com

*/s/ Michael P. Manfredi*
Michael P. Manfredi
Georgia Bar No. 784682
Futhum Tewolde
Georgia Bar No. 846511
*Counsels for Defendants*


**THE BOSTANY LAW FIRM PLLC**

By:    */s/John P. Bostany*
       Georgia Bar No. 761906
       *Attorneys for Plaintiff* 340
       W. Peachtree St., NW
       Suite 200
       Atlanta, GA 30308
       Tel (305) 407-8600
       Fax (800) 585-8919
       john@bozlaw.com

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE REQUIREMENTS</u>

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1 (c). This filing has been prepared using size 13 Book Antiqua font.

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP**

<u>/s/ Michael P. Manfredi</u>
Michael P. Manfredi
Georgia Bar No. 784682
*Counsel for Defendant*

305063827v.1

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this date served a true and correct copy of the within and foregoing Stipulation for Dismissal via filing said document(s) with the Court using the Court's electronic filing system which will generate an electronic notice to all parties as follows:

John P. Bostany.
3 World Financial Center- 24th Floor
New York, New York 10281
john@bozlaw.com
*Counsel for Plaintiff*

This 27th day of November 2024.

<u>/s/ Michael P. Manfredi</u>
Michael    P.    Manfredi
Georgia Bar No. 784682

305063827v.1